United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11335-ref
Vincent D. Bortz                                                        Chapter 13
Ashley J. Bortz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa            Page 1 of 2              Date Rcvd: Apr 27, 2017
                             Form ID: 309I         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
```
db/jdb     +Vincent D. Bortz,    Ashley J. Bortz,    405 Tremont Avenue,    Shillington, PA 19607-1041
tr         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
             Reading, PA 19606-0410
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13878307   +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
             Arlington, TX 76096-3853
13873053    American Coradious Int. LLC,    2420 Sweet Home Rd.,    Suite 150,    Amherst, NY 14228-2244
13873054   +Arcadia Recovery Bureau LLC,    P. O. Box 6768,    Reading, PA 19610-0768
13873058    Chase Home Finance,    P. O. Box 24696,    Columbus, OH 43224-0696
13873060   +Convergent Healthcare Recoveries,    121 NE Jefferson St., Ste. 100,     Peoria, IL 61602-1229
13873062    Emergency Phy Assoc of PA,    Akron Billing Center,    3585 Ridge Park Dr.,
             Akron, OH 44333-8203
13873063    Family Dermatology PC,    P. O. Box 933743,    Atlanta, GA 31193-3743
13873064   +First Credit Services, Inc.,    377 Hoes Lane, Suite 200,    Piscataway, NJ 08854-4155
13873067   +Gold's Gym,    1119 Bern Road,    Wyomissing, PA 19610-2060
13873068   +JPMorgan Chase Bank, NA,    3415 Vision Drive,    Columbus, OH 43219-6009
13885079   +JPMorgan Chase Bank, National Association,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13873069    Kathy Gurski DMD &,    Mark D'Agostino DMD PC,    601 E. Lancaster Ave.,
             Shillington, PA 19607-1366
13873071   +Midland Credit Management Inc.,    2365 Northside Dr., Ste. 300,     San Diego, CA 92108-2709
13873072   +Midland Funding LLC,    2365 Northside Dr.,    Suite 300,    San Diego, CA 92108-2709
13873074   +National Recovery Agency,    2491 Paxton St.,    Harrisburg, PA 17111-1036
13873075   +Northland Group Inc.,    P. O. Box 390905,    Mail Code CBT1,    Minneapolis, MN 55439-0905
13877521   +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13873076    Patient First,    P. O. Box 758941,    Baltimore, MD 21275-8941
13873077    Quest Diagnostics,    P. O. Box 740880,    Cincinnati, OH 45274-0880
13873078    Reading Health System,    P. O. Box 16051,    Reading, PA 19612-6051
13873079   +Reading Health System,    P. O. Box 9800,    Coral Springs, FL 33075-0800
13873080   +Reading Oral Surgery Gr., Ltd.,    517 E. Lancaster Ave.,    Shillington, PA 19607-1398
13873081   +Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,    701 Market St. Ste. 5000,
             Philadelphia, PA 19106-1541
13873083   +St. Joseph Medical Center,    Patient Financial Services,    1643 Lewis Ave., Ste. 203,
             Billings, MT 59102-4151
13873084    St. Luke's Physician Group,    P. O. Box 5386,    Bethlehem, PA 18015-0386
13873085   +Township of Cumru Sewer Dept.,    1775 Welsh Road,    Mohnton, PA 19540-8803
13873086    Visions Federal Credit Union,    24 McKinley Ave.,    Endicott, NY 13760-5491
13873087    West Reading Radiology Assoc.,    2 Meridian Blvd., Second Fl.,     Wyomissing, PA 19610-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: dsgrdg@ptdprolog.net Apr 28 2017 12:44:14      DAVID S. GELLERT,
             David S. Gellert PC,    3506 Perkiomen Avenue,    Reading, PA  19606
smg        +E-mail/Text: robertsl2@dnb.com Apr 28 2017 12:44:54      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:32
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 28 2017 12:45:01      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 28 2017 12:44:48      United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13873052   +EDI: ALLIANCEONE.COM Apr 28 2017 01:28:00      Alliance One Rec. Mgmt.,
             4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
13873055   +E-mail/Text: collections@bellcocu.org Apr 28 2017 12:45:18      Bellco Federal Credit Union,
             609 Spring St.,    Wyomissing, PA 19610-1701
13873056    E-mail/Text: cms-bk@cms-collect.com Apr 28 2017 12:44:25      Capital Management Services,
             698-1/2 S. Ogden St.,    Buffalo, NY 14206-2317
13873057    EDI: CAPITALONE.COM Apr 28 2017 01:33:00      Capital One,    P. O. Box 30285,
             Salt Lake City, UT 84130-0285
13873059   +EDI: CITICORP.COM Apr 28 2017 01:33:00      Citi Card,    P. O. Box 6500,
             Sioux Falls, SD 57117-6500
13873061    EDI: RCSFNBMARIN.COM Apr 28 2017 01:33:00      Credit One Bank,    P. O. Box 98873,
             Las Vegas, NV 89193-8873
13873066   +EDI: PHINAMERI.COM Apr 28 2017 01:33:00      GM Financial,    P. O. Box 183593,
             Arlington, TX 76096-3593
13873070   +EDI: RESURGENT.COM Apr 28 2017 01:33:00      LVNV Funding LLC,    P. O. Box 10497,
             Greenville, SC 29603-0497
```

```
District/off: 0313-4           User: Lisa               Page 2 of 2              Date Rcvd: Apr 27, 2017
                               Form ID: 309I            Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13906886        EDI: RESURGENT.COM Apr 28 2017 01:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13905977        EDI: RESURGENT.COM Apr 28 2017 01:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13906888        EDI: RESURGENT.COM Apr 28 2017 01:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13873073        E-mail/Text: mmrgbk@miramedrg.com Apr 28 2017 12:44:51      Miramed Revenue Group,
                 991 Oak Creek Dr.,    Lombard, IL 60148-6408
13873082        E-mail/Text: colleen.atkinson@rmscollect.com Apr 28 2017 12:45:26
                 Receivables Management Systems,    P. O. Box 8630,   Richmond, VA 23226-0630
13877637       +EDI: RMSC.COM Apr 28 2017 01:33:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13881728*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13873065      ##+Global Credit & Collection Corp,    2699 Lee Rd., Ste. 330,    Winter Park, FL 32789-1740
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:

```
              DAVID S. GELLERT    on behalf of Joint Debtor Ashley J. Bortz dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Debtor Vincent D. Bortz dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Vincent D. Bortz** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–2918** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Ashley J. Bortz** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx–xx–4348** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13** | **2/27/17** |
| Case number: | **17–11335–ref** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                          12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vincent D. Bortz | Ashley J. Bortz |
| 2. | **All other names used in the last 8 years** | | aka Ashley J. Serba |
| 3. | **Address** | 405 Tremont Avenue <br> Shillington, PA 19607 | 405 Tremont Avenue <br> Shillington, PA 19607 |
| 4. | **Debtor's attorney** <br> Name and address | DAVID S. GELLERT <br> David S. Gellert PC <br> 3506 Perkiomen Avenue <br> Reading, PA 19606 | Contact phone (610) 779–8000 <br> Email:  dsgrdg@ptdprolog.net |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street <br> Suite 300 <br> Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 <br> Date: 4/27/17 |

**For more information, see page 2**

Official Form 309I                      Notice of Chapter 13 Bankruptcy Case                      page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 30, 2017 at 2:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/29/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/28/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/26/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $610.00 per month for 60 months. The hearing on confirmation will be held on:<br>**7/20/17** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |