# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    VINCENT D. BORTZ | :    Bankruptcy No. 17-11335 REF |
|    ASHLEY J. BORTZ | : |
|    aka ASHLEY J. SERBA | :    Chapter 13 |
| | : |
|    Debtors | : |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 7th day of December, 2017, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated November 13, 2017 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: December 7, 2017

                                            s/ David S. Gellert
                                            David S. Gellert, Esquire
                                            David S. Gellert, P.C.
                                            3506 Perkiomen Avenue
                                            Reading, PA 19606
                                            (610) 779-8000
                                            Fax: (610) 370-1393