United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vincent D. Bortz  
Ashley J. Bortz  
    Debtors

Case No. 17-11335-ref  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: SaraR | Page 1 of 1 | Date Rcvd: Dec 11, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 3 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2017.
```
db/jdb         +Vincent D. Bortz,    Ashley J. Bortz,    405 Tremont Avenue,    Shillington, PA 19607-1041
cr             +AmeriCredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 01:14:27      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2017 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Joint Debtor Ashley J. Bortz dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Debtor Vincent D. Bortz dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    VINCENT D. BORTZ | : | Bankruptcy No. 17-11335 REF |
|    ASHLEY J. BORTZ | : | |
|    aka ASHLEY J. SERBA | : | Chapter 13 |
| | : | |
|    Debtors | : | |

### ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, in the amount of $4,625.00 for compensation and the amount of $352.85 for reimbursement of expenses, is hereby approved; $1,310.00 of which has been paid.

BY THE COURT:

**Date: December 11, 2017**

_____
Richard E. Fehling
United States Bankruptcy Judge