# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    VINCENT D. BORTZ | : | Bankruptcy No. 17-11335 REF |
|    ASHLEY J. BORTZ | : | |
|    aka ASHLEY J. SERBA | : | Chapter 13 |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 7th day of May, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated April 15, 2019 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors.

                                                      s/   David S. Gellert
                                                      David S. Gellert, Esquire
                                                      David S. Gellert, P.C.
                                                      3506 Perkiomen Avenue
                                                      Reading, PA 19606
                                                      (610) 779-8000
                                                      Fax: (610) 370-1393
                                                      dsgrdg@ptdprolog.net