# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   VINCENT D. BORTZ | : | Bankruptcy No. 17-11335 REF |
|   ASHLEY J. BORTZ | : | |
|   aka ASHLEY J. SERBA | : | Chapter 13 |
| | : | |
|   Debtors | : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors, and the failure of any party to file an answer or request a hearing, it is hereby

**ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors, in the amount of $500.00 for compensation and the amount of $23.40 for reimbursement of expenses is hereby approved.

BY THE COURT:

**Date: May 9, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge