United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-11335-ref
Vincent D. Bortz                                                Chapter 13
Ashley J. Bortz
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: May 09, 2019
                             Form ID: pdf900         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db/jdb       +Vincent D. Bortz,    Ashley J. Bortz,    405 Tremont Avenue,    Shillington, PA 19607-1041
cr           +AmeriCredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 02:42:39      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Vincent D. Bortz dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Ashley J. Bortz dsgrdg@ptdprolog.net
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                      :
   VINCENT D. BORTZ              :       Bankruptcy No. 17-11335 REF
   ASHLEY J. BORTZ               :
   aka ASHLEY J. SERBA           :       Chapter 13
                                            :
   Debtors                       :

## ORDER APPROVING COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors, and the failure of any party to file an answer or request a hearing, it is hereby

**ORDERED** that the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors, in the amount of $500.00 for compensation and the amount of $23.40 for reimbursement of expenses is hereby approved.

BY THE COURT:

**Date: May 9, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge