**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| VINCENT D. BORTZ | : | |
| ASHLEY J. BORTZ | : | Bky. No.  17-11335 ELF |
| aka ASHLEY J. SERBA | : | |
| | : | |
| Debtors | : | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 58)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Second Amended Chapter 13 Plan (**Doc. # 58** ) is **APPROVED**.

**Date:**   8/2/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**