# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    VINCENT D. BORTZ | : | Bankruptcy No. 17-11335 ELF |
|    ASHLEY J. BORTZ | : | |
|    aka ASHLEY J. SERBA | : | Chapter 13 |
| | : | |
|    Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 28th day of August, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated August 6, 2019 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor.

                                                      s/  David S. Gellert
                                                     David S. Gellert, Esquire
                                                     David S. Gellert, P.C.
                                                     3506 Perkiomen Avenue
                                                     Reading, PA 19606
                                                     (610) 779-8000
                                                     Fax: (610) 370-1393
                                                     dsgrdg@ptdprolog.net