United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Vincent D. Bortz
Ashley J. Bortz
    Debtors

Case No. 17-11335-elf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Randi | Page 1 of 1 | Date Rcvd: Sep 03, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
db      +Vincent D. Bortz,   405 Tremont Avenue,   Shillington, PA 19607-1041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Vincent D. Bortz dsgrdg@ptdprolog.net
        DAVID S. GELLERT    on behalf of Joint Debtor Ashley J. Bortz dsgrdg@ptdprolog.net
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    JPMorgan Chase Bank, National Association bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                       TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   VINCENT D. BORTZ : Bankruptcy No. 17-11335 ELF
   ASHLEY J. BORTZ :
   aka ASHLEY J. SERBA : Chapter 13
    :
       Debtors :

## O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation of $850.00 and reimbursement of expenses of $31.00 are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. § 330(a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:**  8/30/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**