| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-11335-PMM

VINCENT D. BORTZ
ASHLEY J. BORTZ
405 TREMONT AVENUE
SHILLINGTON  PA    19607

Petition Filed Date: 02/27/2017
341 Hearing Date: 05/30/2017
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/11/2019 | $1,493.00 | | 04/02/2019 | $443.00 | | 04/24/2019 | $443.00 | |
| 05/24/2019 | $443.00 | | 06/24/2019 | $443.00 | | 07/29/2019 | $443.00 | |
| 07/29/2019 | $257.00 | | 09/05/2019 | $700.00 | Monthly Plan P | 10/04/2019 | $720.00 | |
| 11/04/2019 | $720.00 | | 12/05/2019 | $725.00 | | 01/07/2020 | $725.00 | |
| 02/06/2020 | $725.00 | | 03/09/2020 | $725.00 | | 04/03/2020 | $725.00 | |
| 05/04/2020 | $725.00 | | 06/03/2020 | $750.00 | | 07/06/2020 | $750.00 | |
| 08/03/2020 | $750.00 | | | | | | | |

**Total Receipts for the Period: $12,705.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 011 | Mortgage Arrears | $6,432.64 | $4,499.17 | $1,933.47 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 007 | Mortgage Arrears | $11,112.18 | $9,834.21 | $1,277.97 |
| 9 | TOWNSHIP OF CUMRU - SEWER<br>»» 009 | Secured Creditors | $1,199.00 | $1,061.10 | $137.90 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,703.35 | $0.00 | $1,703.35 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $773.83 | $0.00 | $773.83 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $726.28 | $0.00 | $726.28 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $4,038.60 | $0.00 | $4,038.60 |
| 5 | VISIONS FCU<br>»» 005 | Unsecured Creditors | $1,862.18 | $0.00 | $1,862.18 |
| 6 | VISIONS FCU<br>»» 006 | Unsecured Creditors | $80.00 | $0.00 | $80.00 |
| 10 | DAVID S GELLERT ESQ<br>»» 010 | Attorney Fees | $5,072.25 | $5,072.25 | $0.00 |

**Chapter 13 Case No. 17-11335-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,180.00 | Current Monthly Payment: | $715.00 |
| Paid to Claims: | $20,466.73 | Arrearages: | ($145.00) |
| Paid to Trustee: | $2,038.27 | Total Plan Base: | $36,620.00 |
| Funds on Hand: | $675.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.