Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 17-11335-PMM**

VINCENT D. BORTZ  
ASHLEY J. BORTZ  
405 TREMONT AVENUE  
SHILLINGTON  PA    19607

Petition Filed Date: 02/27/2017  
341 Hearing Date: 05/30/2017  
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $725.00 | | 02/06/2020 | $725.00 | | 03/09/2020 | $725.00 | |
| 04/03/2020 | $725.00 | | 05/04/2020 | $725.00 | | 06/03/2020 | $750.00 | |
| 07/06/2020 | $750.00 | | 08/03/2020 | $750.00 | | 09/03/2020 | $750.00 | |
| 10/05/2020 | $750.00 | | 11/03/2020 | $750.00 | | 12/04/2020 | $750.00 | |
| 01/05/2021 | $750.00 | | 02/03/2021 | $725.00 | | 03/08/2021 | $725.00 | |
| 04/08/2021 | $725.00 | | 05/04/2021 | $725.00 | | 06/04/2021 | $725.00 | |

**Total Receipts for the Period: $13,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,555.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  011 | Mortgage Arrears | $6,432.64 | $6,432.64 | $0.00 |
| 7 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  007 | Mortgage Arrears | $11,112.18 | $11,112.18 | $0.00 |
| 9 | TOWNSHIP OF CUMRU - SEWER<br>»»  009 | Secured Creditors | $1,199.00 | $1,199.00 | $0.00 |
| 2 | LVNV FUNDING LLC<br>»»  002 | Unsecured Creditors | $1,703.35 | $642.81 | $1,060.54 |
| 3 | LVNV FUNDING LLC<br>»»  003 | Unsecured Creditors | $773.83 | $292.03 | $481.80 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $726.28 | $274.09 | $452.19 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  008 | Unsecured Creditors | $4,038.60 | $1,524.07 | $2,514.53 |
| 5 | VISIONS FCU<br>»»  005 | Unsecured Creditors | $1,862.18 | $702.74 | $1,159.44 |
| 6 | VISIONS FCU<br>»»  006 | Unsecured Creditors | $80.00 | $18.63 | $61.37 |
| 10 | DAVID S GELLERT ESQ<br>»»  010 | Attorney Fees | $5,072.25 | $5,072.25 | $0.00 |

**Chapter 13 Case No. 17-11335-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,555.00 | Current Monthly Payment: | $715.00 |
| Paid to Claims: | $27,270.44 | Arrearages: | ($370.00) |
| Paid to Trustee: | $2,620.52 | Total Plan Base: | $36,620.00 |
| Funds on Hand: | $664.04 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.