United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Vincent D. Bortz  
Ashley J. Bortz  
    Debtors

Case No. 17-11335-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4  
Date Rcvd: May 19, 2022     Form ID: 138OBJ     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent D. Bortz, Ashley J. Bortz, 405 Tremont Avenue, Shillington, PA 19607-1041 |
| 13873053 | | American Coradious Int. LLC, 2420 Sweet Home Rd., Suite 150, Amherst, NY 14228-2244 |
| 13873054 | + | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 13873060 | #+ | Convergent Healthcare Recoveries, 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 13873062 | | Emergency Phy Assoc of PA, Akron Billing Center, 3585 Ridge Park Dr., Akron, OH 44333-8203 |
| 13873063 | | Family Dermatology PC, P. O. Box 933743, Atlanta, GA 31193-3743 |
| 13873065 | + | Global Credit & Collection Corp, 2699 Lee Rd., Ste. 330, Winter Park, FL 32789-1740 |
| 13873067 | + | Gold's Gym, 1119 Bern Road, Wyomissing, PA 19610-2060 |
| 14410763 | + | JPMorgan Chase Bank, National Association, c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13885079 | + | JPMorgan Chase Bank, National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13873069 | | Kathy Gurski DMD &, Mark D'Agostino DMD PC, 601 E. Lancaster Ave., Shillington, PA 19607-1366 |
| 13873076 | ++ | PATIENT FIRST CORP, ATTN PAYROLL DEPT, 5000 COX ROAD, SUITE 100, GLEN ALLEN VA 23060-9263 address filed with court:, Patient First, P. O. Box 758941, Baltimore, MD 21275-8941 |
| 13873077 | | Quest Diagnostics, P. O. Box 740880, Cincinnati, OH 45274-0880 |
| 13873078 | | Reading Health System, P. O. Box 16051, Reading, PA 19612-6051 |
| 13873079 | + | Reading Health System, P. O. Box 9800, Coral Springs, FL 33075-0800 |
| 13873080 | + | Reading Oral Surgery Gr., Ltd., 517 E. Lancaster Ave., Shillington, PA 19607-1398 |
| 13873081 | + | Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market St. Ste. 5000, Philadelphia, PA 19106-1541 |
| 13873083 | + | St. Joseph Medical Center, Patient Financial Services, 1643 Lewis Ave., Ste. 203, Billings, MT 59102-4151 |
| 13873084 | | St. Luke's Physician Group, P. O. Box 5386, Bethlehem, PA 18015-0386 |
| 13873085 | + | Township of Cumru Sewer Dept., 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 13873087 | | West Reading Radiology Assoc., 2 Meridian Blvd., Second Fl., Wyomissing, PA 19610-3202 |
| 14493253 | + | Wilmington Savings, Carrington Mtg Serv, LLC, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 19 2022 23:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 19 2022 23:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13873052 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 19 2022 23:46:00 | Alliance One Rec. Mgmt., 4850 Street Rd., Ste. 300, Trevose, PA 19053-6643 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 13878307 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 19 2022 23:46:00 | | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13873053 | ^ | MEBN | May 19 2022 23:45:17 | American Coradious Int. LLC, 2420 Sweet Home Rd., Suite 150, Amherst, NY 14228-2244 |
| 13873055 | + | Email/Text: collections@bellcocu.org | May 19 2022 23:46:00 | Bellco Federal Credit Union, 609 Spring St., Wyomissing, PA 19610-1701 |
| 13873056 | | Email/Text: cms-bk@cms-collect.com | May 19 2022 23:46:00 | Capital Management Services, 698-1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 13873057 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2022 23:58:05 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13873059 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2022 23:58:02 | Citi Card, P. O. Box 6500, Sioux Falls, SD 57117-6500 |
| 13873060 | ^ | MEBN | May 19 2022 23:45:19 | Convergent Healthcare Recoveries, 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 13873061 | | Email/PDF: creditonebknotifications@resurgent.com | May 19 2022 23:58:02 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14013611 | + | Email/Text: dsgrdg@ptdprolog.net | May 19 2022 23:46:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 13873066 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 19 2022 23:46:00 | | GM Financial, P. O. Box 183593, Arlington, TX 76096-3593 |
| 13873058 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2022 23:58:05 | Chase Home Finance, P. O. Box 24696, Columbus, OH 43224-0696 |
| 13873068 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2022 23:58:05 | JPMorgan Chase Bank, NA, 3415 Vision Drive, Columbus, OH 43219 |
| 13965391 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2022 23:58:01 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 13873070 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:57:59 | LVNV Funding LLC, P. O. Box 10497, Greenville, SC 29603-0497 |
| 13906886 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:58:02 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13905977 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:58:02 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13906888 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:57:59 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13873071 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2022 23:46:00 | Midland Credit Management Inc., 2365 Northside Dr., Ste. 300, San Diego, CA 92108-2710 |
| 13873072 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2022 23:46:00 | Midland Funding LLC, 2365 Northside Dr., Suite 300, San Diego, CA 92108-2710 |
| 13966550 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2022 23:46:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13873073 | | Email/Text: mmrgbk@miramedrg.com | May 19 2022 23:46:00 | Miramed Revenue Group, 991 Oak Creek Dr., Lombard, IL 60148-6408 |
| 13873074 | + | Email/Text: Bankruptcies@nragroup.com | May 19 2022 23:46:00 | National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |

Case 17-11335-pmm    Doc 80    Filed 05/21/22    Entered 05/22/22 00:28:37    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13873075 | + | Email/Text: ngisupport@radiusgs.com | May 19 2022 23:46:00 | Northland Group Inc., P. O. Box 390905, Mail Code CBT1, Minneapolis, MN 55439-0905 |
| 13873076 | | Email/Text: payroll@patientfirst.com | May 19 2022 23:46:00 | Patient First, P. O. Box 758941, Baltimore, MD 21275-8941 |
| 13877521 | + | Email/PDF: rmscedi@recoverycorp.com | May 19 2022 23:58:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13873082 | | Email/Text: joey@rmscollect.com | May 19 2022 23:46:00 | Receivables Management Systems, P. O. Box 8630, Richmond, VA 23226-0630 |
| 13877637 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2022 23:58:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13873086 | | Email/Text: membersolutions@visionsfcu.org | May 19 2022 23:46:00 | Visions Federal Credit Union, 24 McKinley Ave., Endicott, NY 13760-5491 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13881728 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13989038 | *+ | Township of Cumru Sewer Department, 1775 Welsh Road, Mohnton, PA 19540-8803 |
| 14493751 | *+ | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806-5948 |
| 13873064 | ##+ | First Credit Services, Inc., 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Ashley J. Bortz dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor Vincent D. Bortz dsgrdg@ptdprolog.net |
| KEVIN S. FRANKEL | on behalf of Creditor JPMorgan Chase Bank National Association pa-bk@logs.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMorgan Chase Bank National Association bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

MATTEO SAMUEL WEINER
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Vincent D. Bortz and Ashley J. Bortz
        Debtor(s)

Case No: 17−11335−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/19/22

79 − 76
Form 138OBJ